**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF LOUISIANA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Crosby Real Estate, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **72-1390821** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **17771 Highway 3235** <br> **Galliano, LA 70354** <br> Number, Street, City, State & ZIP Code | **c/o Kurt J. Crosby, P.O. Box 1226** <br> **Galliano, LA 70354** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Lafourche** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Crosby Real Estate, LLC**                                          Case number (*if known*) _____
Name

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____3241_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number | |
|---|---|---|---|---|
| | District _____ | When _____ | Case number _____ | |
| | District _____ | When _____ | Case number _____ | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Debtor   **Crosby Real Estate, LLC** _____   Case number (*if known*) _____
Name

List all cases. If more than 1,   Debtor   **See Attachment**   Relationship _____
attach a separate list   District _____ When _____   Case number, if known _____

---

**11. Why is the case filed in *this district?*** — *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds** — *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Crosby Real Estate, LLC**        Case number (*if known*) _____
<br>Name

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 16, 2026**
<br>                 MM / DD / YYYY

**X** /s/ Lawrence Perkins                     **Lawrence Perkins**
<br>Signature of authorized representative of debtor       Printed name

Title    **Chief Restructuring Officer**

---

**18. Signature of attorney**

**X** /s/ Benjamin W. Kadden                Date   **July 16, 2026**
<br>Signature of attorney for debtor                        MM / DD / YYYY

**Benjamin W. Kadden 29927**
<br>Printed name

**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard**
<br>Firm name

**601 Poydras Street, Suite 2775**
<br>**New Orleans, LA 70130**
<br>Number, Street, City, State & ZIP Code

Contact phone    **(504)568-1990**      Email address    **bkadden@lawla.com**

**29927 LA**
<br>Bar number and State

---

Debtor    **Crosby Real Estate, LLC**           Case number (*if known*) _____
       Name

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF LOUISIANA

Case number *(if known)* _____ Chapter   **11**

☐ Check if this is an
   amended filing

## FORM 201. VOLUNTARY PETITION

## <u>Pending Bankruptcy Cases Attachment</u>

| Debtor | Crosby Real Estate, LLC | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | Name | | | | |

| Debtor | Bertucci Contracting Company, L.L.C. | | | Relationship to you | Affiliate |
|---|---|---|---|---|---|
| District | USBC – Eastern District of Louisiana | When | 3/23/26 | Case number, if known | 26-10681 |
| Debtor | Crosby Dredging, LLC | | | Relationship to you | Affiliate |
| District | USBC – Eastern District of Louisiana | When | 3/23/26 | Case number, if known | 26-10680 |
| Debtor | Crosby Enterprises, L.L.C. | | | Relationship to you | Affiliate |
| District | USBC – Eastern District of Louisiana | When | | Case number, if known | |
| Debtor | Crosby Inland Marine, LLC | | | Relationship to you | Affiliate |
| District | USBC – Eastern District of Louisiana | When | | Case number, if known | |
| Debtor | Crosby Inshore Marine Service, L.L.C. | | | Relationship to you | Affiliate |
| District | USBC – Eastern District of Louisiana | When | | Case number, if known | |
| Debtor | Crosby Marine Repairs, L.L.C. | | | Relationship to you | Affiliate |
| District | USBC – Eastern District of Louisiana | When | | Case number, if known | |
| Debtor | Crosby Marine Transportation, LLC | | | Relationship to you | Affiliate |
| District | USBC – Eastern District of Louisiana | When | 3/23/26 | Case number, if known | 26-10678 |
| Debtor | Crosby Offshore Marine Service, L.L.C. | | | Relationship to you | Afiliate |
| District | USBC – Eastern District of Louisiana | When | | Case number, if known | |
| Debtor | Crosby Tugs, L.L.C. | | | Relationship to you | Affiliate |
| District | USBC – Eastern District of Louisiana | When | 3/23/26 | Case number, if known | 26-10679 |
| Debtor | Kurt Crosby, L.L.C. | | | Relationship to you | Affiliate |
| District | USBC – Eastern District of Louisiana | When | | Case number, if known | |
| Debtor | Tala Marine, L.L.C. | | | Relationship to you | Affiliate |
| District | USBC – Eastern District of Louisiana | When | | Case number, if known | |
| Debtor | Tala Real Estate, LLC | | | Relationship to you | Affiliate |
| District | USBC – Eastern District of Louisiana | When | | Case number, if known | |
| Debtor | Webb Crosby, L.L.C. | | | Relationship to you | Affiliate |
| District | USBC – Eastern District of Louisiana | When | | Case number, if known | |

## CERTIFICATE OF RESOLUTION

I, Kurt J. Crosby, in my capacity as sole member and holder of Class A Units for Crosby Real Estate, LLC (the "Company") do hereby certify that the Company has adopted the following resolutions:

**RESOLVED,** that it is desirable and in the best interest of the Company, its creditors, members, and other interested parties, that a voluntary petition be filed by the Company seeking relief under the provisions of Chapter 11 of the United States Code (the "Bankruptcy Code") and it is further

**RESOLVED,** that the form of Chapter 11 petition shall be as required by law and is approved and adopted in all respects, and that Lawerence Perkins, as Chief Restructuring Officer, of SierraConstellation Partners LLC, be and hereby is, specifically and exclusively authorized and directed, on behalf of and in the name of the Company, to execute and verify a petition substantially in such form and all related and required documents to the extent necessary, to commence a Chapter 11 bankruptcy case (the "Petition") and to cause the Petition to be filed with the United States Bankruptcy Court for the Eastern District of Louisiana (the "Bankruptcy Court"), at such time as Chief Restructuring Officer, Lawerence Perkins executing the Petition on behalf of the Company, in his sole discretion shall determine; and it is further

**RESOLVED,** that on behalf of the Company, Lawerence Perkins, as Chief Restructuring Officer, be and hereby is specifically and exclusively authorized to execute and file all petitions, schedules, lists and the motions, objections, replies, applications, and other papers or documents and take all actions which he, in his sole discretion, determines to be necessary or proper in connection with the Chapter 11 case; and it is further

**RESOLVED,** that Lawerence Perkins, as Chief Restructuring Officer on behalf of the Company, be and hereby is specifically and exclusively authorized and directed to employ, pay appropriate retainers, and execute retention agreements, subject to approval by the Bankruptcy Court including: (a) Lugenbuhl, Wheaton, Peck, Rankin and Hubbard ("Lugenbuhl") as bankruptcy counsel, (b) Raymond James & Associates, Inc. ("Raymond James") as investment banker, and (c) any additional professionals deemed to be necessary during the Chapter 11 case's administration ("Other Professionals"); and it is further

{00383734-1}  1

**RESOLVED,** that on behalf of the Company, Lawerence Perkins, as Chief Restructuring Officer, be and hereby is specifically and exclusively authorized to appoint one or more persons, including employed professionals, to assist in the administration of the Chapter 11 case, by acting as representative of the Company, including at any meeting, appearance, court proceeding, hearing, or trial; and it is further

**RESOLVED,** that on behalf of the Company, Kurt J. Crosby, be and hereby authorized and directed to employ Lawerence Perkins as the Chief Restructuring Officer and SierraConstellation Partners LLC, and is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of Lawerence Perkins as Chief Restructuring Officer.

**IN WITNESS WHEREFORE,** I have hereunto set my hand on July 14, 2026.

Crosby Real Estate, LLC

By: _____

Kurt J. Crosby, as sole Member and Class A
Unit holder for
Crosby Real Estate, LLC

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Crosby Real Estate, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF LOUISIANA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bank Plus 1068 Highland Colony 400 Concourse Ridgeland, MS 39157** | | | **Contingent Unliquidated Disputed** | | | **$7,182,030.48** |
| **Bank Plus 1068 Highland Colony 400 Concourse Ridgeland, MS 39157** | | | **Contingent Unliquidated Disputed** | | | **$1,896,907.97** |
| **Insight Capital LLC Corporation Service Company 251 Little Falls Drive Wilmington, DE 19808** | | | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Kompass Kapital Funding LLC 9800  Metcalf Avenue Suite 120 Overland Park, KS 66212** | | | **Contingent Disputed** | | | **$10,358,549.01** |
| **Oracap LLC c/o Harvard Business Service Inc. 16192 Coastal Hwy Lewes, DE 19958** | | | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Overtime Capital One World Trade Center 285 Fulton St., Suite 850 New York, NY 10007** | | | **Contingent Unliquidated Disputed** | | | **$0.00** |

Debtor   **Crosby Real Estate, LLC**
        Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Wynwood Capital Group**<br>**20200 W. Dixie**<br>**Highway**<br>**Miami, FL 33180** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$0.00** |

A & C BARGES, L.L.C.
17771 HIGHWAY 3235
GALLIANO, LA 70354


AARON GUIDRY TRUST


AARON JOSEPH, INC
129 W. 163RD ST.
GALLIANO, LA 70354


AARON JOSEPH, L.L.C.
17771 HIGHWAY 3235
GALLIANO, LA 70354


ALLIE-T, L.L.C.
17771 HWY 3235
GALLIANO, LA 70354


ALLISON CROSBY TRUST


BANK PLUS
1068 HIGHLAND COLONY
400 CONCOURSE
RIDGELAND, MS 39157


BERTUCCI CONTRACTING COMPANY, L.L.C.
17751 HIGHWAY 3235
GALLIANO, LA 70354


CALCASIEU PARISH SHERIFF'S TAX DIVISION
P.O. BOX 1450
LAKE CHARLES, LA 70602


CAMERON PARISH TAX COLLECTOR
124 RECREATION CENTER LANE
P.O. BOX 1250
CAMERON, LA 70631


CROSBY & SON TOWING, INC
8905 SOUTH BAYOU DR.
GOLDEN MEADOW, LA 70357

CROSBY & SON TOWING, L.L.C.
17751 HIGHWAY 3235
GALLIANO, LA 70354


CROSBY BOAT CO., L.L.C.
17771 HIGHWAY 3235
GALLIANO, LA 70354


CROSBY BOAT COMPANY, INC.
1905 S. BAYOU DRIVE
GOLDEN MEADOW, LA 70357


CROSBY BOAT RENTAL, L.L.C.
17751 HIGHWAY 3235
GALLIANO, LA 70354


CROSBY BOAT RENTALS, INC
129 WEST 163RD ST.
GALLIANO, LA 70354


CROSBY DREDGING, LLC
17771 HIGHWAY 3235
GALLIANO, LA 70354


CROSBY ENTERPRISES, L.L.C.
P.O. BOX 1226
GALLIANO, LA 70354


CROSBY GROUP, L.L.C.
17771 HIGHWAY 3235
GALLIANO, LA 70354


CROSBY HOLDINGS, LLC
17751 HIGHWAY 3235
GALLIANO, LA 70354


CROSBY INLAND MARINE, LLC
17751 HIGHWAY 3235
GALLIANO, LA 70354


CROSBY INSHORE MARINE SERVICE, L.L.C.
17751 HIGHWAY 3235
GALLIANO, LA 70354

CROSBY INVESTORS II, LLC
17771 HIGHWAY 3235
GALLIANO, LA 70354


CROSBY INVESTORS, LLC
17751 HIGHWAY 3235
GALLIANO, LA 70354


CROSBY MACHINERY, LLC
C/O MICHAEL G. HELM
1515 POYDRAS STREET, SUITE 1950
NEW ORLEANS, LA 70112


CROSBY MARINE REPAIR, L.L.C.
17771 HIGHWAY 3235
GALLIANO, LA 70354


CROSBY MARINE TOWING, INC
129 WEST 163RD ST.
GALLIANO, LA 70354


CROSBY MARINE TOWING, L.L.C.
17751 HIGHWAY 3235
GALLIANO, LA 70354


CROSBY MARINE TRANSPORTATION, LLC
17771 HIGHWAY 3235
GALLIANO, LA 70354


CROSBY OFFSHORE MARINE SERVICE, L.L.C.
17771 HIGHWAY 3235
GALLIANO, LA 70354


CROSBY TOWBOATS, INC.
129 WEST 163RD STREET
GALLIANO, LA 70354


CROSBY TOWBOATS, L.L.C.
17771 HIGHWAY 3235
GALLIANO, LA 70354

CROSBY TUGS, L.L.C.
17771 HIGHWAY 3235
GALLIANO, LA 70354


CROSBY, INC., TARA
129 WEST 163RD STREET
GALLIANO, LA 70354


CROSBY, INC., VINTON
129 WEST 163RD STREET
GALLIANO, LA 70354


INSIGHT CAPITAL LLC
CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808


INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


INTERNAL REVENUE SERVICE
801 BROADWAY
M/S 146
ROOM 285
NASHVILLE, TN 37203


KOMPASS KAPITAL FUNDING LLC
9800  METCALF AVENUE
SUITE 120
OVERLAND PARK, KS 66212


KURT CROSBY
P.O. BOX 279
COVINGTON, LA 70433


KURT CROSBY, INC
8905 SOUTH BAYOU DRIVE
GOLDEN MEADOW, LA 70357


KURT CROSBY, L.L.C.
17771 HIGHWAY 3235
GALLIANO, LA 70354

LAFOURCHE PARISH SHERIFF'S OFFICE
P.O. BOX 5608
THIBODAUX, LA 70302


LAUREN GUIDRY TRUST


LOUISIANA DEPARTMENT OF REVENUE
COLLECTION DIVISION/BANKRUPTCY SECTION
P.O. BOX 66658
BATON ROUGE, LA 70896-6658


LOUISIANA WORKFORCE COMMISSION
UI TAX LIABILITY AND ADJUDICATIONS
ATTN: BANKRUPTCY UNIT
1001 N, 23RD STREET
BATON ROUGE, LA 70802


LUHR CROSBY, LLC
3867 PLAZA TOWER DR.
BATON ROUGE, LA 70186


NINE MI MOORING SERVICE, L.L.C.
17771 HIGHWAY 3235
GALLIANO, LA 70354


OFFSHORE RIG MOVING, L.L.C.
17771 HIGWAY 3235
GALLIANO, LA 70354


ORACAP LLC
C/O HARVARD BUSINESS SERVICE INC.
16192 COASTAL HWY
LEWES, DE 19958


OVERTIME CAPITAL
ONE WORLD TRADE CENTER
285 FULTON ST., SUITE 850
NEW YORK, NY 10007


PADDY CROSBY, INC
1905 SOUTH BAYOU DR.
GOLDEN MEADOW, LA 70357

PADDY CROSBY, L.L.C.
17771 HIGHWAY 3235
GALLIANO, LA 70354


PORT LOUISIANA, INC
400 POYRDRAS STREET, RM 1840
NEW ORLEANS, LA 70130


PUSATERI, JOHNSTON, GUILLOT & GREENBAUM,
AARON B. GREENBAUM
1100 POYDRAS STREET, SUITE 2250
NEW ORLEANS, LA 70163


REQUIP, LLC
P.O. BOX 86
HOUMA, LA 70361


SHERIFF GERALD A TURLICH JR
PLAQUEMINES PARISH SHERIFF'S OFFICE
8022 HIGHWAY 23
BELLE CHASSE, LA 70037


SOCIAL SECURITY ADMINISTRATION
OFFICE OF THE GENERAL COUNSEL
ATTN: BANKRUPTCY
6401 SECURITY BLVD
BALTIMORE, MD 21235


SPENCER FANE
CHRISTOPHER F. HAMILTON
201 N. FRANKLIN ST., STE. 2150
TAMPA, FL 33602


SQ ADVANCE
REGISTERED AGENCTS INC
7901 4TH STREET N
SAINT PETERSBURG, FL 33702


ST. MARY PARISH TAX COLLECTOR
1455 RAILROAD AVE.
MORGAN CITY, LA 70380

STERNBERG, NACCARI & WHITE, LLC
C/O RYAN J. RICHMOND
450 LAUREL STREET, SUITE 1450
BATON ROUGE, LA 70801


SUSAN CROSBY
P.O. BOX 279
COVINGTON, LA 70433


SUSAN MAIRE, INC.
129 WEST 163RD STREET
GALLIANO, LA 70354


SUSAN MARIE, L.L.C.
17771 HIGHWAY 3235
GALLIANO, LA 70354


TALA AIR LOGISITICS, LLC
17771 HIGHWAY 3235
GALLIANO, LA 70354


TALA BARGE COMPANY, LLC
17751 HIGHWAY 3235
GALLIANO, LA 70354


TALA ENVIRONMENTAL, LLC
17751 HWY 3235
GALLIANO, LA 70354


TALA MARINE REPAIRS, LLC
17751 HIGHWAY 3235
GALLIANO, LA 70354


TALA MARINE, L.L.C.
17751 HIGHWAY 3235
GALLIANO, LA 70354


TALA REAL ESTATE, LLC
17751 HIGHWAY 3235
GALLIANO, LA 70354

TALA RENEWABLES, LLC
17751 HIGHWAY 3235
GALLIANO, LA 70354


TALA SOLUTIONS, L.L.C.
17751 HIGHWAY 3235
GALLIANO, LA 70354


TARA CROSBY TRUST


TARA CROSBY, L.L.C.
17771 HIGHWAY 3235
GALLIANO, LA 70354


TAX COLLECTOR
PARISH OF PLAQUEMINES
8022 HWY 23
BELLE CHASSE, LA 70037


TAX COLLECTOR
PARISH OF LAFOURCHE
P.O. BOX 5608
THIBODAUX, LA 70302


TAX COLLECTOR/SHERIFF
PARISH OF JEFFERSON
P.O. BOX 248
GRETNA, LA 70054


TERREBONNE PARISH SHERIFF'S OFFICE
SHERIFF TIMOTH SOIGNET
P.O. BOX 1990
3441 WEST PARK AVE.
GRAY, LA 70359


UNITED STATES ATTORNEY'S OFFICE
650 POYDRAS STREET, SUITE 1600
NEW ORLEANS, LA 70130


UNITED STATES SMALL BUSINESS ADMINISTRAT
ATTN: LOUISIANA DISTRICT OFFICE
500 POYDRAS STREET, SUITE 828
NEW ORLEANS, LA 70130

```
US ATTORNEY FOR ED LA BANKRUPTCY
650 POYDRAS STE. 1600
NEW ORLEANS, LA 70130


US DEPARTMENT OF JUSTICE
ATTORNEY GENERAL
950 PENNSYLVANIA AVE., NW
WASHINGTON, DC 20530


VINTON CROSBY, L.L.C.
17771 HIGHWAY 3235
GALLIANO, LA 70354


VINTON VAN GEAUX, LLC
17771 HIGHWAY 3235
GALLIANO, LA 70354


WEBB CROSBY, L.L.C.
17771 HIGHWAY 3235
GALLIANO, LA 70354


WYNWOOD CAPITAL GROUP
20200 W. DIXIE HIGHWAY
MIAMI, FL 33180
```

**United States Bankruptcy Court**
**Eastern District of Louisiana**

In re   **Crosby Real Estate, LLC** _____   Case No. _____
                                          Debtor(s)         Chapter      **11**   _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Crosby Real Estate, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 16, 2026** _____         **/s/ Benjamin W. Kadden** _____
Date                                          **Benjamin W. Kadden 29927**

                                              Signature of Attorney or Litigant
                                              Counsel for   **Crosby Real Estate, LLC** _____
                                              **Lugenbuhl, Wheaton, Peck, Rankin & Hubbard**
                                              **601 Poydras Street, Suite 2775**
                                              **New Orleans, LA 70130**
                                              **(504)568-1990 Fax:(504)310-9195**
                                              **bkadden@lawla.com**